# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Axcan Scandipharm, Inc., | Civil No. 07-2556 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| vs. | |
| Global Pharmaceuticals, Impax Laboratories, Inc., | |
| Defendants. | |

---

Based upon the parties' Stipulation of Settlement and Dismissal with Prejudice (Doc. No. 219), **IT IS ORDERED** that Plaintiff's claims against Defendants Global Pharmaceuticals and Impax Laboratories, Inc. are hereby **DISMISSED WITH PREJUDICE** and without costs or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 2, 2010

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge